

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:                01-13-00144-CV

Trial Court Cause
Number:                      2002-08930

Style:                       In re Adenike Sanni

Date motion filed[*]:        February 20, 2013

Type of motion:              Motion for emergency relief

Party filing motion:         Relator

Document to be filed:        N/A

Is appeal accelerated?  ☐ YES    ☒ NO

Ordered that motion is:

   ☐ Granted

       If document is to be filed, document due: _____

       ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

   ☒ Denied

   ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

   ☐ Other: _____

Judge's signature: /s/ Rebeca Huddle
       ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: April 16, 2013